Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

KENT E. KIMBERLY, M.D.,
        Plaintiff

vs

SHARP REES-STEELY MEDICAL GROUP, INC.
GROUP LONG TERM DISABILITY INSURANCE
PLAN,
        Defendant

08 JAN 25 PM 4:18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: /s/ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0157  JLS (POR)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

    SUSAN L. HORNER
    MILLER, MONSON, PESHEL, POLACEK & HOSHAW
    501 W. BROADWAY #700
    SAN DIEGO, CA  92101
    619-239-7777

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

JAN 2 5 2008

_____      _____
                                          DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)