Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

KENT E. KIMBERLY, M.D.,
        Plaintiff

vs

SHARP REES-STEELY MEDICAL GROUP, INC.
GROUP LONG TERM DISABILITY INSURANCE
PLAN,
        Defendant

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 0157 JLS (POR)

TO: (Name and Address of Defendant)
SHARP REES-STEELY MEDICAL GROUP, INC. GROUP LONG
  TERM DISABILITY INSURANCE PLAN
DONALD C. BALFOUR, III, Agent for Service of Process
2001 4th Ave.
San Diego, CA    92101

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

SUSAN L. HORNER
MILLER, MONSON, PESHEL, POLACEK & HOSHAW
501 W. BROADWAY #700
SAN DIEGO, CA  92101
619-239-7777

An answer to the First Amended Complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By J. SFARIS , Deputy Clerk

DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/21/08 |
| NAME OF SERVER *(PRINT)* EDWARD STALMM | TITLE REGISTERED PROCESS SERVER #585 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: ELAINE TAYLOR - AUTHORIZED AGENT
2001 FOURTH AVENUE  SAN DIEGO, CA 92101

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL 58.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/22/08
             Date                              *Signature of Server*

ACCUTECH LEGAL SVS
PO BOX 12037  SAN DIEGO, CA 92101

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.