SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
DENNIS G. ROLSTAD  Bar No. 150006
ERIN A. CORNELL  Bar No. 227135
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
SHARP REES-STEALY MEDICAL GROUP INC.
GROUP LONG TERM DISABILITY INSURANCE PLAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT E. KIMBERLY, M.D., an individual,<br><br>            Plaintiff,<br><br>       v.<br><br>SHARP REES-STEALY MEDICAL GROUP INC. GROUP LONG TERM DISABILITY INSURANCE PLAN,<br><br>            Defendant. | CASE NO. 08 CV 0157 JLS (POR)<br><br>**DEFENDANT SHARP REES-STEALY MEDICAL GROUP INC. GROUP LONG TERM DISABILITY INSURANCE PLAN'S NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>**[LOCAL RULE 40.2]** |

       Pursuant to Southern District Local Rule 40.2, the undersigned attorneys of record for defendant Sharp Rees-Stealy Medical Group Inc. Group Long Term Disability Insurance Plan hereby submit its disclosure statement:

       1.   Kent E. Kimberly, M.D., plaintiff

       2.   Sharp Rees-Stealy Medical Group Inc. Group Long Term Disability Insurance Plan, defendant;

       3.   Sharp Rees-Stealy Medical Group Inc., sponsor of the Sharp Rees-Stealy Medical Group Inc. Group Long Term Disability Insurance Plan;

       4.   Hartford Life and Accident Insurance Company, insurer of benefits under the

1 | Sharp Rees-Stealy Medical Group Inc. Group Long Term Disability Insurance
2 | Plan.

3 | DATED: June 10, 2008    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: s/Dennis G. Rolstad
Dennis G. Rolstad
Erin A. Cornell
Attorneys for Defendant
SHARP REES-STEALY MEDICAL GROUP INC.
GROUP LONG TERM DISABILITY INSURANCE
PLAN