SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
DENNIS G. ROLSTAD  Bar No. 150006
ERIN A. CORNELL  Bar No. 227135
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
ORACLE CORPORATION LONG TERM DISABILITY PLAN, ORACLE CORPORATION, and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT E. KIMBERLY, M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>SHARP REES-STEALY MEDICAL GROUP INC. GROUP LING TERM DISABILITY INSURANCE PLAN,<br><br>Defendants. | CASE NO. 08 CV 0157 JLS (POR)<br><br>**CERTIFICATION OF SERVICE RE DEFENDANT'S MOTION TO STRIKE OR, IN THE ALTERNATIVE, TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; NOTICE OF PARTY WITH FINANCIAL INTEREST** |

CERTFICATE OF SERVICE

SF/1469377v1

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On June 10, 2008, I served the within document(s):

> DEFENDANT SHARP REES-STEALY MEDICAL GROUP IN. GROUP LONG TERM DISABILITY INSURANCE PLAN'S NOTICE OF MOTION AND MOTION TO STRIKE PURSUANT TO FED.R.CIV.P. 12(F) OR, IN THE ALTERNATIVE, MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(B)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND NOTICE OF PARTY WITH FINANCIAL INTEREST

☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via.

☒ NOTICE OF ELECTRONIC FILING - by filing the document(s) listed above electronically, resulting in an automatic notice of electronic filing to all parties of record.

| | |
|---|---|
| Thomas M. Mondon, Esq.<br>Susan L. Horner, Esq.<br>Miller, Monson, Peshel, Polacek & Hoshaw<br>501 West Broadway, Suite 700<br>San Diego, CA 92101<br>Telephone: (619) 239-7777<br>Facsimile: (619) 238-8808 | Attorneys For Plaintiff<br>KENT E. KIMBERLY, M.D. |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the above is true and correct. Executed on June 10, 2008, at San Francisco, California.

_____
Jenni Linted

CERTFICATE OF SERVICE

SF/1469377v1