**PROOF OF SERVICE**

KIMBERLY v. SHARP REES-STEELY MEDICAL GROUP LTD Ins. Plan , et al.
Case No.:  08 cv 0157 JLS (POR)

   I, _____Susan L. Horner_____, declare that:

   I am employed in the County of San Diego, State of California.  I am over the age of 18 years and not a party to the action; My business address is 501 West Broadway, Suite 700, San Diego, California 92101-3536.

   On ___July 3, 2008_____, I caused to be served the following document(s):

1. PLAINTIFF'S OPPOSITION TO DEFENDANT SHARP REES-STEALY MEDICAL GROUP INC. GROUP LONG TERM DISABILITY INSURANCE PLAN'S MOTION TO STRIKE PURSUANT TO FED.R.CIV.P. 12(f) OR, IN THE ALTERNATIVE, MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(6)

2. PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF THE POSITION OF THE SECRETARY OF LABOR IN OPPOSITION TO DEFENDANT SHARP REES-STEALY MEDICAL GROUP INC. GROUP LONG TERM DISABILITY INSURANCE PLAN'S MOTION TO STRIKE PURSUANT TO FED.R.CIV.P. 12(f) OR, IN THE ALTERNATIVE, MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(6)

**08 cv 0157 JLS (POR) Notice will be mailed to:**

Dennis G. Rolstad, attorney for Defendant Sharp Rees-Steely Medical Group LTD. Ins. Plan, et al
dennis.rolstad@sdma.com

XXX   BY ELECTRONIC SUBMISSION of the document(s) via Portable Document Format (.pdf), by uploading such documents using the court's CM/ECF system case filing which automatically generates a Notice of Electronic Filing or NEF which allows registered e-filers to retrieve the document(s) automatically.

XXX   [Federal] I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

   Executed ___July 3, 2008_____, at San Diego, California.

      By: _s/ Susan L. Horner_____
      Susan L.  Horner
      Attorneys for Plaintiff Kent Kimberly
      e-mail: tommonson@erisa-law.com

08 cv 0157
Oppo to Motion to Strike