# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT E. KIMBERLY, M.D., an individual, | CASE NO. 08CV157-MMA (POR) |
| Plaintiff, | **ORDER WITHDRAWING DEFENDANT'S MOTION TO STRIKE, OR IN THE ALTERNATIVE, TO DISMISS** |
| vs. | |
| SHARP REES-STEALY MEDICAL GROUP INC. GROUP LONG TERM DISABILITY INSURANCE PLAN, | [Doc. No. 5] |
| Defendant. | |

On September 3, 2009, the Court issued an order for Defendant to file a notice withdrawing its motion to strike, or in the alternative, to dismiss (Doc. No. 5). (Doc. No. 18.) Because Defendant has failed to comply with the Court's order, the Court hereby sua sponte orders the motion **WITHDRAWN** in accordance with the Court's September 3, 2009 order. Upon notification of the Ninth Circuit's ruling *en banc* in the case *Cyr v. Reliance Standard Life Ins. Co.*, Nos. 07-56869, 08-55234, Defendant shall contact Chambers to obtain a hearing date on a renewed motion, should it wish to file one.

**IT IS SO ORDERED**.

DATED:  September 14, 2009

Hon. Michael M. Anello
United States District Judge